No. 84–624.   MANETAS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–625.   TAYLOR v. CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD (SAN DIEGO STATE UNIVERSITY, REAL PARTY IN INTEREST).   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 84–674.   NAPOLI v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 84–704.   TROPIGAS, S.A. v. ANDERSON ET AL.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 84–705.   TAPIA v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 84–726.   BRADY v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 3d Cir.   Certiorari denied.

No. 84–737.   GINDES ET AL. v. UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 84–5260.   SHAW v. DIXON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–5282.   LAYTON v. FLORIDA PAROLE AND PROBATION COMMISSION ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–5314.   KULIK v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 84–5473.   BOLLIN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5551.   WINCHESTER v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 84–5552.   PETROFSKY v. INTERMOUNTAIN RESEARCH & ENGINEERING CO.   C. A. 10th Cir.   Certiorari denied.

No. 84–5561.   BARROWS ET AL. v. IDAHO ET AL.   Sup. Ct. Idaho.   Certiorari denied.

No. 84–5563.   TARRANT v. PONTE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, ET AL.   C. A. 1st Cir. Certiorari denied.